# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OLEANNYS PINA ALVARDO, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-26-098-PRW |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). For this action to continue, Petitioner must either pay the $5.00 filing fee or be granted leave to proceed without prepayment of fees.[1] An application to proceed *in forma pauperis* must conform to the statutory requirements of 28 U.S.C. § 1915(a)(2) and include a certificate executed by an authorized officer of the appropriate penal institution stating (1) the amount of money or securities currently in deposit to the prisoner's credit in any institutional account; (2) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the action; and (3) petitioner shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

---

[1] 28 U.S.C. §§ 1914, 1915; LCvR3.2.

Accordingly, the Court **ORDERS** Petitioner to either pay the $5.00 filing fee or file an application to proceed *in forma pauperis*, which complies with the requirements listed above, on or before February 17, 2026. Failure to comply with this order may result in the dismissal of this action without prejudice to re-filing and without further notice.

The Clerk of Court is **DIRECTED** to forward to the Petitioner the necessary forms to enable her to comply with this order.

**IT IS SO ORDERED** this 27th day of January 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE